# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-01291-001-TUC-JAS (DTF) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Miguel Angel Mendoza-Barcenas, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge D Thomas Ferraro. In the Report and Recommendation, Magistrate Judge Ferraro recommends that Defendant's Motion to Dismiss Indictment Pursuant to 8 U.S.C. 1326(d) (Doc. 13) be denied. As the Court finds that the Report and Recommendation appropriately resolved the Defendant's Motion to Dismiss Indictment Pursuant to 8 U.S.C. 1326(d) (Doc. 13), the objections are denied.[1]

//
//
//
//
//

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Ferraro's Report and Recommendation (Doc. 27) is accepted and adopted.

(2) Defendant's Motion to Dismiss Indictment Pursuant to 8 U.S.C. 1326(d) (Doc. 13) is denied.

Dated this 24th day of October, 2018.

Honorable James A. Soto
United States District Judge